UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY PARSONS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　Defendant. | NO. 2:16-CV-00239-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

   BEFORE THE COURT is the parties' "Stipulation and Proposed Order of Dismissal with Prejudice" (ECF No. 24). Therein, the parties agree the action be dismissed with prejudice and without an award of costs or fees.

   **IT IS HEREBY ORDERED:**

   Pursuant to the Stipulation (ECF No. 24), the Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice without award of costs or attorneys fees to any party.

   **IT IS SO ORDERED.** The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

   **DATED** this 20th day of December, 2016.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1