# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Anthony Parsons<br><br>*Plaintiff*<br>v.<br>The Prudential Insurance Company of America, a foreign corporation doing business in the State of Washington<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  2:16-cv-00239-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Stipulation and Proposed Order of Dismissal with Prejudice, ECF No. 24.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a Stipulation and Proposed Order of Dismissal with Prejudice.

Date:  12/20/16

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler